FILED
2019 DEC -2 AM 10: 17
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S)

v.

Virgil Griffith
DEFENDANT(S)

CASE NUMBER

19 MAG 10987

19MJ05082

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: __arrest warrant__
in the __Souther__ District of __New York__ on __11/21/2019__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __50__ U.S.C., Section(s) __1705__
to wit: _____

A warrant for defendant's arrest was issued by: __USMJ Sarah Netburn__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __12/2/19__, by
_____, Deputy Clerk.

_____
Signature of Agent

__Soyup Hahn__
Print Name of Agent

__FBI__
Agency

__Special Agent__
Title

CR-52 (05/98)        AFFIDAVIT RE OUT-OF-DISTRICT WARRANT