UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ~~Virgil~~ v. Virgil Griffith PLAINTIFF<br>USMS# _____ DEFENDANT | CASE NUMBER: 19 MAG 10987<br>REPORT COMMENCING CRIMINAL ACTION<br>19MJ05082 |

FILED 2019 DEC -2 AM 10:15 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CA LOS ANGELES BY: ___

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/28/2019   9:00   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   Title 50 USC 1705, EO 13466 & 13722   Title 18 USC 3238

5. Offense charged is a:   ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: K Axel   Phone Number: 626-524-7060

9. Name of Pretrial Services Officer notified: Devin Thompkins

10. Remarks (if any): _____

11. Name: Soyup Hahn   (please print)

12. Office Phone Number: 310) 477-6565   13. Agency: FBI

14. Signature: _____   15. Date: 12/2/2019

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION