# United States Probation & Pretrial Services

United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
DEC - 2 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Michelle A. Carey
Chief Probation & Pretrial Services Officer

Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer

## Passport Receipt

Defendant's Name: Virgil Griffith

Name on passport, if different:

Country of Origin: Republic of Singapore

Date passport issued: N/A

Expiration date of passport: N/A

Ordered by court in the Central District of California or

Docket Number: 2:19 MJ 5082

Employment Pass
Employment of Foreign Manpower Act
Republic of Singapore
(Employer - Ethereum Asia Pacific Limited)
FIN - 6314604 8X

_____   12/02/2019
Surrendered By              Date

_____   12/02/2019
Received By                 Date

_____   _____
Returned To                 Date

_____   _____
Returned By                 Date

Purpose Returned

Address (if mailed)

Headquarters

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

Riverside Branch

George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

Santa Ana Branch

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570