*United States Probation & Pretrial Services*

United States District Court
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
DEC - 2 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Michelle A. Carey
Chief Probation & Pretrial Services Officer



Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer

**Passport Receipt**

Defendant's Name: Virgil Griffith      Passport # 561559525

Name on passport, if different:

Country of Origin: United States

Date passport issued: April 5, 2017

Expiration date of passport: April 4, 2027

Ordered by court in the Central District of California or

Docket Number 2:19MJ 5082

_____          12/02/2019
Surrendered By                           Date

_____          12/02/2019
Received By (Judith Glaser)              Date

_____          _____
Returned To                              Date

_____          _____
Returned By                              Date

Purpose Returned

Address (if mailed)

Headquarters
Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

Riverside Branch
George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

Santa Ana Branch
Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570