Name & Address:

SEE ATTACHMENT, RE ORDER SIGNED BY JUDGE COTE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Virgil Griffith

DEFENDANT(S).

CASE NUMBER:

2:19-mj-05082-DUTY-1

FINAL COMMITMENT AND WARRANT OF REMOVAL

__Southern__ District of __New York__

At __New York, New York__
   (City)

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court
☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense) Title 50, United States Code Section 1705; Executive Orders 13466 and 13722. Title 18, United States Code Section 3238 (Conspiracy to Violate the International Emergency Economic Powers Act)

☐ in violation of Title _____ United States Code, Section (s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☑ duly waived arrival of process.
☑ duly waived identity hearing before me on 12/2/2019.
☑ duly waived preliminary hearing before me on 12/2/2019.
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
   ☐ Bail has been set at $_____ but has not been posted.
   ☐ No bail has been set.
   ☐ Permanent detention has been ordered.
   ☐ Temporary detention has been ordered.

December 5, 2019
Date

_(signature)_
Hon. Maria A. Audero
United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date _____  Deputy _____

M-15 (01/09)   FINAL COMMITMENT AND WARRANT OF REMOVAL



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 4, 2019

**BY EMAIL**

Honorable Denise L. Cote
United States District Judge, Part I
Southern District of New York
500 Pearl Street – Room 1910
New York, New York 10007
Cotenysdchambers@nysd.uscourts.gov

     Re:   *United States v. Virgil Griffith*, 19 Mag. 10987

Dear Judge Cote:

     The Government respectfully requests that the Court, sitting in Part I, stay the release order pertaining to defendant Virgil Griffith that was issued by a magistrate judge in the Central District of California on December 2, 2019. The Government requests that the release order be stayed until the defendant is transferred to this District, pursuant to Rule 5(c)(3), so that the parties can be heard on a date and time set by the Court with jurisdiction over the underlying matter.

     On November 21, 2019, Griffith was charged in a complaint (the "Complaint") signed by the Honorable Sarah Netburn, Magistrate Judge for the Southern District of New York, with conspiring to violate the International Emergency Economic Powers Act ("IEEPA"), Title 50, United States Code, Sections 1705. A copy of the Complaint, which provides the factual background underlying the charges in this case, is attached hereto as Exhibit A. As alleged in the Complaint, the defendant, an expert in cryptocurrency who lives in Singapore, traveled to North Korea after the United States Department of State denied his request to do so. In North Korea, Griffith gave a presentation that he developed for the conference on technologies that he knew could be used to evade sanctions.

     On November 28, 2019, Griffith was arrested in the Los Angeles International Airport on route to Baltimore, Maryland. Because the Central District of California ("CDCA") was closed on November 28 and 29, 2019, Griffith first appeared in CDCA on December 2, 2019. At Griffith's presentment, the Government sought detention and extradition to SDNY and the defendant sought bail. The Honorable Maria A. Audero, Magistrate Judge for the Central District of California, ordered the defendant bailed on certain conditions. *See United States v. Virgil Griffith*, 19 Mj. 05082 (C.D.Ca.) (the "Release Order"). At the request of the Government, Magistrate Judge Audero stayed the Release Order for one week, or until December 9, 2019, to enable the Government to seek a further stay of the Release Order from this Court until the defendant is transferred to the Southern District of New York.

Hon. Denise L. Cote  
December 4, 2019

Page 2

    As noted, the Government seeks a stay of the Release Order until such time as the defendant is transferred to this district pursuant to Rule 5(c)(3). This Court, as "the court having original jurisdiction over the offense," has jurisdiction over the Government's motion for revocation of the Release Order. *See* 18 U.S.C. § 3145(a)(1); *United States v. El-Edwy*, 272 F.3d 149, 153 (2d Cir. 2001) (holding that, for purposes of a motion under § 3145(a) for revocation of a release order issued by a magistrate judge in another district where the defendant was arrested, "the court having original jurisdiction over the offense" is "the district in which the prosecution of the offense is pending," and noting that "[w]ith respect to the decision whether to detain or conditionally release the defendant, . . . section 3145(a) makes clear that the ultimate authority lies with the district that has the primary interest in the question – the district in which the prosecution is pending"); *see also, e.g., United States v. Dominguez*, 509 F. App'x 28, 29-30 (2d Cir. 2013) (affirming revocation, by a district court in this District, of an order issued by a magistrate judge in the Southern District of Florida releasing a defendant who had been indicted on narcotics-related charges in this District).

    The Government intends to make an application appealing the Release Order as soon as Griffith arrives in this District. Accordingly, in light of the foregoing, the Government respectfully requests that the Release Order be stayed pending the defendant's transfer to this district, so that this Court can hear from the parties regarding the Government's application.

Respectfully submitted,

GEOFFREY S. BERMAN  
United States Attorney for the  
Southern District of New York

By: _____  
Kyle A. Wirshba / Kimberly Ravener /  
Michael Krouse  
Assistant United States Attorneys  
(212) 637-2493 / 2358 / 2279

Cc: Brian Klein, Esq.  
     Attorney for Virgil Griffith (By Email)

*Granted. The defendant should be brought to the SDNY as expeditiously as possible.*

*Denise Cote*  
*12/4/19*