# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, v. | 2:19-mj-05082-DUTY-1 |
| Virgil Griffith  DEFENDANT(S). | **NOTICE OF DEFENDANT'S FAILURE TO SATISFY CONDITION(S) OF BOND; ORDER THEREON** |

To: Courtroom Deputy Clerk to District Judge / Magistrate Judge Audero —

Defendant Virgil Griffith was:
- ☐ released from custody
- ☐ not released from custody
- ☐ ordered held to answer to the _____ District of _____ on or before

and was ordered to satisfy condition(s) of the bond on or before _____. To date, however, the condition(s) listed below have not been satisfied and the bond has therefore not been posted.

- ☒ The following document(s) have not been received:
  - ☒ **Form CR-03** Affidavit of Surety(ies) (Property) **[Justification]**
  - ☐ **Form CR-04** Affidavit of Surety (**No Justification**)
  - ☐ Lot Book Report confirming title
  - ☐ Property Appraisal or Tax Assessment
  - ☐ Recorded Deed of Trust
  - ☐ Form CR-37 Declaration re: Passport and Other Travel Documents
  - ☐ Passport Receipt from PSA
- ☐ Equity of property is not sufficient to cover the bail amount
- ☐ Outstanding warrants have not been cleared
- ☐ Cash $ _____ has not been posted
- ☐ Other: _____

Clerk, U. S. District Court

12/26/19  
Date

By D. Mitchell  
Deputy Clerk

## ORDER OF THE DISTRICT JUDGE / MAGISTRATE JUDGE
**IT IS THEREFORE HEREBY ORDERED THAT:**
- ☐ The Clerk shall issue a bench warrant.
- ☐ The Clerk shall contact counsel and arrange a status conference as soon as possible.
- ☐ The Clerk shall issue a Final Commitment and Warrant of Removal.
- ☒ Other: Defendant has been transferred to the Southern District of New York. No further action is required.

December 27, 2019  
Date

Maria A. Audero  
United States ~~District~~ / Magistrate Judge

CR-80 (11/18)  NOTICE OF DEFENDANT'S FAILURE TO SATISFY CONDITION(S) OF BOND; ORDER THEREON